UNITED STATES DISTRICT COURT FOR
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA LYNN KEEGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 15–588 |
| | ) | |
| CAROLYN W. COLVIN, | ) | JUDGE COHILL |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | (Electronic Filing) |
| Defendant. | ) | |

## ORDER

AND NOW, this __16th__ day of __September__, 2015, upon consideration of the Commissioner's Motion to Remand, it is hereby **ORDERED** that the Commissioner's motion is granted, and this case is remanded to the Commissioner for further administrative action. This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This case is hereby closed on the Court's docket.

APPROVED AND SO ORDERED:

_____
Maurice B. Cohill, Jr.
J.