UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA LYNN KEEGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 15-588 |
| v. | ) | |
| | ) | JUDGE COHILL |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | *(Electronically Filed)* |

## ORDER

AND NOW, this 19th day of Oct., 2015 upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Amanda Lynn Keegan, is awarded attorney fees under the EAJA in amount of Three Thousand Eight Hundred Dollars and Zero cents ($3,800.00). These attorney fees will be paid directly to Plaintiff, Amanda Lynn Keegan, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_Maurice B. Cohill, Jr._
                                                  J.